UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

ASPEN DEVELOPMENT

          Plaintiff(s),

VS.                                    2:05-CV-720-JCM-RJJ

ST. PAUL FIRE & MARINE INSURANCE CO.

          Defendant(s),

**ORDER FOR DESTRUCTION OF EXHIBITS**

      The Clerk's Office having given notice to counsel as prescribed by LR 79-1 and LCR 55-1 of the Local Rules of Practice of this Court, and counsel having failed to make arrangements to retrieve the exhibits in the allotted time, **IT IS HEREBY ORDERED** that the Clerk is authorized to destroy the exhibits previously admitted in this matter.

Dated: January 24, 2011

*/s/ James C. Mahan*
**U.S. DISTRICT JUDGE**